FILED
2018 Jul-21  PM 05:14
U.S. DISTRICT COURT
N.D. OF ALABAMA

FILED
United States District Court
Northern District of Alabama

# IN THE UNITED STATES DISTRICT COURT
## FOR NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

JUL 20 2018

Judge Abdul Kallon

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| vs. | ) | 2:17-CR-00419-AKK-TMP |
| | ) | |
| JOEL IVERSON GILBERT, | ) | |
| DAVID LYNN ROBERSON, | ) | |

## Verdict

We, the jury, find the Defendant David Lynn Roberson,

_____ Not Guilty _____X_____ Guilty  as to Count One

_____ Not Guilty _____X_____ Guilty  as to Count Two

_____ Not Guilty _____X_____ Guilty  as to Count Three

_____ Not Guilty _____X_____ Guilty  as to Count Four

_____ Not Guilty _____X_____ Guilty  as to Count Five

_____ Not Guilty _____X_____ Guilty  as to Count Six

SO SAY WE ALL.

July 20, 2018
Date